NANCY CARNEY and JOSEPH CARNEY, Appellants, v. C. LUDWIG BAUMANN & Co., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ESTHER ALTMAN, Respondent, v. BROWN, WHEELOCK, HARRIS & Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the complaint.

DAVID GRAVES GEORGE, Appellant, v. TIME, INCORPORATED, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ARMCO INTERNATIONAL CORPORATION, Appellant, v. PABLO HOMS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of SOUTHERN SURETY COMPANY OF NEW YORK, in Liquidation, etc., Respondent. Petition of PHILIP BERMAN, an Injured Workman, Claimant-Petitioner, Appellant, for an Order Directing LOUIS H. PINK, Superintendent of Insurance and Liquidator of the SOUTHERN SURETY COMPANY OF NEW YORK, to Pay to PHILIP BERMAN the Sum of $2,774.64, etc.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ISADORE LASHINSKY, Appellant, v. MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as 223 Second Avenue (Also Known as 254 East 14th Street), in the Borough of Manhattan, City, County and State of New York, Securing the Mortgage Investments Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, and Designated as Guarantee No. 212,246. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of Bond and Mortgage Guarantee Company, Appellant; EMMANUEL M. COHAN, Trustee of Series 212,246, Petitioner, Respondent; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ. [169 Misc. 196.]

WALTER H. GOLDE, Appellant, v. EDITH SULLIVAN GOLDE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHOREBLUFF CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Final order unanimously mo'ified by reducing the assessment to the sum of $50,000, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.